UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FAROOQUE AHMED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 19-1189 (CJN) |
| | ) | |
| FEDERAL BUREAU OF PRISONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO EXTEND TIME TO FILE ANSWER**

Defendants, the Federal Bureau of Prisons ("BOP"), and five BOP officials, (i) Frank Lara, Assistant Director, Corrections Programs Division; (ii) Guy Pagli, Chief, Counter Terrorism Unit; (iii) Ian Connors, Administrator, National Inmate Appeals, (iv) Sara Revell, Regional Director, North Central Region; and (v) J.R. Bell, Warden, Federal Correctional Institute, Terra Haute (collectively, the "Individual Defendants"), respectfully ask the Court to extend by 60 days the time for them to file their answer or otherwise respond to the complaint in this case.  Plaintiff is a pro se prisoner who challenges his placement in the Communications Management Unit in the federal correctional institute where he is incarcerated.  Because Plaintiff is a pro se prisoner, undersigned counsel has not sought his position on this motion.

1.     Although Plaintiff is a pro se prisoner, he has not sought to proceed in forma pauperis in this case.

2.     On December 9, 2019, the U.S. Attorney's Office received from Plaintiff copies of the materials he had previously sent to BOP and four of the Individual Defendants.  These materials consist of the pages he filed in Court (ECF No. 11), consisting of certificates of service

1

and copies of envelops and tracking information, as well as a copy of the complaint and copies of summonses issued to BOP and Individual Defendants Lara, Connors, Revell, and Pagli, but not Bell.

3.      Without conceding that delivery of these materials constitutes proper service, Defendants note that 60 days from December 9, 2019, falls on February 7, 2020.  Accordingly, even treating February 7, 2020, as Defendants' current deadline to file their answer or otherwise respond to the Complaint, this motion is timely under the Court's four-day rule for motions to extend time (ECF No. 2 at 3).  Defendants request a new deadline of April 7, 2020, to file their answer or otherwise respond to the complaint.

4.      Defendants request additional time in order to have sufficient time to prepare their litigation papers in light of the heavy workload of undersigned counsel and BOP counsel.

5.      This is Defendants' first request to extend this deadline.  There are no other deadlines in this case that will be affected by this extension.  The only other deadline is from the Court's order requiring Plaintiff to perfect service (ECF No. 4), but that deadline will not be affected by granting this motion.

6.      In response to Plaintiff's Response re Notice of Appearance (ECF No. 10), Defendants further clarify that undersigned counsel represents BOP and the five Individual Defendants, but only in their official capacities.

7.      A proposed order is attached.

Dated: February 3, 2020

Respectfully submitted,

TIMOTHY J. SHEA, D.C. Bar #437437
United States Attorney for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar #924092
Assistant United States Attorney

 /s/ *Alan Burch*
ALAN BURCH, D.C. Bar #470655
Assistant United States Attorney
United States Attorney's Office, Civil Division
555 Fourth St., NW, Washington, DC 20530
(202) 252-2550, alan.burch@usdoj.gov

*Counsel for Defendants*

## **<u>Certificate of Service</u>**

I certify that a copy of the foregoing Motion to Extend Time to File Answer was served this 3rd day of February 2020 upon pro se Plaintiff by first class mail addressed to:

      Farooque Ahmed
      R77315-083
      Terre Haute FCI
      P.O. Box 33
      Terre Haute, IN 47808

                 /s/ *Alan Burch*
                ALAN BURCH, D.C. Bar #470655
                Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FAROOQUE AHMED,                    )
                                  )
    Plaintiff,                    )
                                  )
    v.                            )          Civil Action No. 19-1189 (CJN)
                                  )
FEDERAL BUREAU OF PRISONS, et al.,)
                                  )
    Defendants.                   )
                                  )

## <u>ORDER ON MOTION TO EXTEND TIME</u>

Upon consideration of Defendants' motion to extend time, any opposition thereto, and the entire record herein, it is hereby

ORDERED that the motion is granted and it is further

ORDERED that Defendants shall file their answer or otherwise respond to the complaint by April 7, 2020.

So ordered.  This _____ day of February 2020.


_____
CARL J. NICHOLS
United States District Judge