APPEAL,CLOSED,JURY,PROSE−PR,TYPE−F

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: <u>1:19−cv−01189−CJN</u>

AHMED v. FEDERAL BUREAU OF PRISONS et al
Assigned to: Judge Carl J. Nichols
 Case in other court:  21−05134
Cause: 05:702 Administrative Procedure Act

Date Filed: 04/22/2019
Date Terminated: 03/18/2021
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner Petition: Civil Rights (Other)
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**FAROOQUE AHMED**

represented by **FAROOQUE AHMED**
R77315−083
TERRE HAUTE FCI
P.O. BOX 33
TERRE HAUTE, IN 47808
PRO SE

V.

**Defendant**

**FEDERAL BUREAU OF PRISONS**
*BOP*

represented by **Alan Burch**
DOJ−USAO
Eousa
3 Constitution Square
175 N Street, NE
Washington, DC 20002
202−252−5875
Email: alan.burch@usdoj.gov
*TERMINATED: 09/30/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian J. Field**
SCHAERR JAFFE LLP
1717 K Street, NW
Suite 900
Washington, DC 20006
202−787−1060
Email: bfield@schaerr−jaffe.com
*TERMINATED: 06/02/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Moustakas**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA

555 Fourth Street, NW
Washington, DC 20530
(202) 252−2518
Email: john.moustakas@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**FRANK LARA**                                  represented by     **Alan Burch**
*or succesor, Dir. corr. Prog. Div.*                               (See above for address)
*(AD/CPD)*                                                         *TERMINATED: 09/30/2020*
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Brian J. Field**
                                                                   (See above for address)
                                                                   *TERMINATED: 06/02/2021*
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **John Moustakas**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Defendant**

**GUY PAGLI**                                   represented by     **Alan Burch**
*or succesor, Chief, Counter Terr. Unit*                           (See above for address)
*(CTU)*                                                            *TERMINATED: 09/30/2020*
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Brian J. Field**
                                                                   (See above for address)
                                                                   *TERMINATED: 06/02/2021*
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **John Moustakas**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Defendant**

**IAN CONNORS**                                 represented by     **Alan Burch**
*Administrator, Nat'l Inmate Affairs*                              (See above for address)
                                                                   *TERMINATED: 09/30/2020*
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Brian J. Field**

(See above for address)
*TERMINATED: 06/02/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Moustakas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**SARA M. REVELL**                    represented by   **Alan Burch**
*Res. Dir., N. Cent. Regional Office*                   (See above for address)
                                                         *TERMINATED: 09/30/2020*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Brian J. Field**
                                                         (See above for address)
                                                         *TERMINATED: 06/02/2021*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **John Moustakas**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**J. R. BELL**                        represented by   **Alan Burch**
*CEO, Warden, FCI−Terre Haute, IN*                      (See above for address)
                                                         *TERMINATED: 09/30/2020*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Brian J. Field**
                                                         (See above for address)
                                                         *TERMINATED: 06/02/2021*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **John Moustakas**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 04/22/2019 | 1 | | COMPLAINT against J. R. BELL, IAN CONNORS, FEDERAL BUREAU OF PRISONS, FRANK LARA, GUY PAGLI, SARA M. REVELL (Filing fee $ |

| | | |
|---|---|---|
| | | 400, receipt number 4616097769) with Jury Demand filed by FAROOQUE AHMED. (Attachment: # 1 Civil Cover Sheet) (tth) (Entered: 04/29/2019) |
| 04/22/2019 | | SUMMONS Not Issued as to J. R. BELL, IAN CONNORS, FEDERAL BUREAU OF PRISONS, FRANK LARA, GUY PAGLI, SARA M. REVELL. (tth) (Entered: 04/29/2019) |
| 04/29/2019 | 2 | STANDING ORDER establishing procedures for cases before Judge Trevor N. McFadden. The parties are directed to read and strictly comply with the attached order. Signed by Judge Trevor N. McFadden on 4/29/2019. (lctnm3) (Entered: 04/29/2019) |
| 06/24/2019 | | Case directly reassigned to Judge Carl J. Nichols. Judge Trevor N. McFadden is no longer assigned to the case. (rj) (Entered: 06/24/2019) |
| 08/06/2019 | 3 | MOTION for Order by FAROOQUE AHMED. (Attachment: # 1 Exhibits) (tth) (Entered: 08/09/2019) |
| 09/04/2019 | 5 | NOTICE by FAROOQUE AHMED. "Leave to file GRANTED as a Notice" Signed by Carl J. Nichols, USDJ on 09/04/2019 (jf) (Entered: 09/09/2019) |
| 09/05/2019 | 4 | Order DENYING Plaintiff's 3 Motion for Order. Signed by Judge Carl J. Nichols on September 5, 2019. (lccjn2) (Entered: 09/05/2019) |
| 10/07/2019 | 6 | NOTICE to the Court by FAROOQUE AHMED (jf) (Entered: 10/09/2019) |
| 10/18/2019 | 7 | NOTICE by FAROOQUE AHMED. "Let this be file as a Notice" Signed by Carl J. Nichols, USDJ on 10/18/2019 (jf) (Entered: 10/25/2019) |
| 10/30/2019 | | MINUTE ORDER: In a recently filed notice 7 , Plaintiff claims that prison staff at the Federal Correctional Institution in Terre Haute, Indiana, is interfering with his legal mail. He requests an order from this Court directing compliance with the legal/special mail provisions of 28 C.F.R. § 540.18−19, which govern the processing of inmate mail by the Bureau of Prisons. The request is DENIED. "[C]laims related to the handling of specific pieces of mail by prison officials or the application of the BOP's mail handling regulations... must be addressed initially by local prison authorities and, once exhausted, may only be pursued in the [judicial] district where the acts occurred." *McCain v. Reno*, 98 F. Supp. 2d 5, 6 (D.D.C. 2000); *see* 28 C.F.R. §§ 542.13−15; 28 U.S.C. § 1391. Plaintiff has not demonstrated that he has presented his concerns to local prison authorities, and this judicial district is not the one in which the acts allegedly occurred. Plaintiff also has provided no information indicating that his ability to prosecute this case has been infringed. Signed by Judge Carl J. Nichols on 10/30/19.(ah) (Entered: 10/30/2019) |
| 11/13/2019 | | Summons (4) Issued as to IAN CONNORS, FRANK LARA, GUY PAGLI, SARA M. REVELL. (eg) (Entered: 11/13/2019) |
| 12/02/2019 | 8 | REQUEST FOR SUMMONS TO ISSUE filed by FAROOQUE AHMED.(eg) (Entered: 12/06/2019) |
| 12/06/2019 | | Summons (1) Issued as to FEDERAL BUREAU OF PRISONS. (eg) (Entered: 12/06/2019) |
| 12/27/2019 | 9 | NOTICE of Appearance by Alan Burch on behalf of All Defendants (Burch, Alan) (Entered: 12/27/2019) |

| 01/08/2020 | 11 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. IAN CONNORS served on 12/9/2019; FEDERAL BUREAU OF PRISONS served on 12/9/2019; FRANK LARA served on 12/9/2019; GUY PAGLI served on 12/9/2019; SARA M. REVELL served on 12/9/2019 (eg) (Entered: 01/17/2020) |
|---|---|---|---|
| 01/13/2020 | 10 | | RESPONSE re 9 Notice of Appearance filed by FAROOQUE AHMED. (jf) (Entered: 01/15/2020) |
| 01/31/2020 | 13 | | AFFIDAVIT re 11 Summons Returned Executed as to Federal Defendant by FAROOQUE AHMED. (eg) (Entered: 02/05/2020) |
| 02/03/2020 | 12 | | MOTION for Extension of Time to File Answer by J. R. BELL, IAN CONNORS, FEDERAL BUREAU OF PRISONS, FRANK LARA, GUY PAGLI, SARA M. REVELL (Burch, Alan) (Entered: 02/03/2020) |
| 02/04/2020 | | | MINUTE ORDER. Upon review of Defendants' 12 Motion to Extend Time to File Answer, it is hereby ORDERED that the Motion is GRANTED and that Defendants shall file their Answer or otherwise respond to the Complaint by April 7, 2020. Signed by Judge Carl J. Nichols on February 4, 2020. (lccjn3) (Entered: 02/04/2020) |
| 02/04/2020 | | | Set/Reset Deadlines/Hearings: Answer or other response to the Complaint due by 4/7/2020. (zcdw) (Entered: 02/05/2020) |
| 02/26/2020 | 14 | | MOTION to Substitute Parties by FAROOQUE AHMED (Attachment: # 1 Summons)(eg) (Entered: 02/27/2020) |
| 03/06/2020 | 15 | | MOTION for Joinder by FAROOQUE AHMED (eg) (Entered: 03/10/2020) |
| 03/06/2020 | 16 | | MOTION to Amend/Correct 1 Complaint by FAROOQUE AHMED (Attachments: # 1 Exhibit 1, # 2 Amended Complaint)(eg) (Entered: 03/10/2020) |
| 03/13/2020 | 17 | | Memorandum in opposition to re 15 MOTION for Joinder filed by J. R. BELL, IAN CONNORS, FEDERAL BUREAU OF PRISONS, FRANK LARA, GUY PAGLI, SARA M. REVELL. (Burch, Alan) (Entered: 03/13/2020) |
| 03/13/2020 | 18 | | Memorandum in opposition to re 16 MOTION to Amend/Correct 1 Complaint filed by J. R. BELL, IAN CONNORS, FEDERAL BUREAU OF PRISONS, FRANK LARA, GUY PAGLI, SARA M. REVELL. (Burch, Alan) (Entered: 03/13/2020) |
| 03/24/2020 | 19 | | NOTICE of Judicial Notice by FAROOQUE AHMED (eg) (Entered: 03/25/2020) |
| 03/30/2020 | 20 | | REPLY to Opposition re 16 MOTION to Amend/Correct 1 Complaint filed by FAROOQUE AHMED. (eg) Modified event title on 4/2/2020 (znmw). (Entered: 04/01/2020) |
| 04/02/2020 | 21 | | MOTION to Appoint Counsel by FAROOQUE AHMED (eg) (Entered: 04/03/2020) |
| 04/02/2020 | 22 | | MOTION to set trail practice schedule and open discovery. by FAROOQUE AHMED (eg) Modified event on 4/6/2020 (znmw). Added MOTION for Discovery on 4/6/2020 (znmw). (Entered: 04/03/2020) |

| 04/07/2020 | 23 | | MOTION to Stay re 1 Complaint, 22 MOTION for Briefing Schedule MOTION for Discovery by J. R. BELL, IAN CONNORS, FEDERAL BUREAU OF PRISONS, FRANK LARA, GUY PAGLI, SARA M. REVELL (Burch, Alan) (Entered: 04/07/2020) |
|---|---|---|---|
| 04/09/2020 | 24 | | CERTIFICATE OF SERVICE by J. R. BELL, IAN CONNORS, FEDERAL BUREAU OF PRISONS, FRANK LARA, GUY PAGLI, SARA M. REVELL re 23 MOTION to Stay re 1 Complaint, 22 MOTION for Briefing Schedule MOTION for Discovery . (Burch, Alan) (Entered: 04/09/2020) |
| 04/17/2020 | | | MINUTE ORDER: Plaintiff seeks to join fellow prisoner Robert K. Decker 15 and to amend the complaint 16 . The caption in the proposed amended complaint adds Decker as co−plaintiff and "all persons similarly situated." A *pro se* litigant may represent himself, but he cannot appear on behalf of another person. *See* 28 U.S.C. § 1654; *Georgiades v. Martin−Trigona*, 729 F.2d 831, 834 (D.C. Cir. 1984). In addition, "a *pro se* litigant who is not trained as a lawyer is simply not an adequate class representative." *DeBrew v. Atwood*, 792 F.3d 118, 132 (D.C. Cir. 2015). Therefore, plaintiff's motions for joinder and to amend the complaint are DENIED. Signed by Judge Carl J. Nichols on 4/17/20.(ah) (Entered: 04/17/2020) |
| 04/17/2020 | | | MINUTE ORDER: Plaintiff's Motion to Appoint Counsel 21 is DENIED. Under 28 U.S.C. § 1915(e)(1), the Court may appoint counsel in *in forma pauperis* proceedings. Because plaintiff is not proceeding *in forma pauperis*, he does not qualify for an appointment from the Court's Civil Pro Bono Panel. *See* Local Civil Rule 83.11(b)(3). Signed by Judge Carl J. Nichols on 4/17/20.(ah) (Entered: 04/17/2020) |
| 04/17/2020 | | | MINUTE ORDER: Plaintiff's motion to substitute defendant officials 14 is GRANTED. The defendants are substituted pursuant to Federal Rule of Civil Procedure 25(d). Signed by Judge Carl J. Nichols on 4/17/20.(ah) (Entered: 04/17/2020) |
| 04/17/2020 | | | MINUTE ORDER: Plaintiff's Motion to Set Trial Practice Schedule and Open Discovery 22 is DENIED as premature, and defendants' motion to stay deadlines pending the Court's resolution of plaintiff's motion to amend 23 is GRANTED. Plaintiff's motion to amend has been denied. Therefore, defendants shall respond to the complaint on or before May 18, 2020. Any further requests for extensions are highly disfavored. Signed by Judge Carl J. Nichols on 4/17/20.(ah). (Entered: 04/17/2020) |
| 04/24/2020 | 25 | | Memorandum in opposition to re 23 MOTION to Stay re 1 Complaint, 22 MOTION for Briefing Schedule MOTION for Discovery filed by FAROOQUE AHMED. (eg) (Entered: 04/27/2020) |
| 05/04/2020 | 26 | | DECLARATION in Support to re 21 MOTION to Appoint Counsel filed by FAROOQUE AHMED. (eg) (Entered: 05/06/2020) |
| 05/18/2020 | 27 | | MOTION to Dismiss by J. R. BELL, IAN CONNORS, FEDERAL BUREAU OF PRISONS, FRANK LARA, GUY PAGLI, SARA M. REVELL (Attachments: # 1 Text of Proposed Order)(Burch, Alan) (Entered: 05/18/2020) |
| 06/05/2020 | 28 | | MOTION for Extension of Time to File Response as to 27 MOTION to Dismiss by FAROOQUE AHMED (eg) (Entered: 06/10/2020) |

| 06/15/2020 | | | MINUTE ORDER. Upon review of Plaintiff's 28 Motion for an Extension of Time to Respond to Defendant's Motion to Dismiss, it is hereby ORDERED that the Motion is GRANTED and Plaintiff shall file his Opposition to the Motion to Dismiss on or before July 1, 2020. Signed by Judge Carl J. Nichols on June 15, 2020. (lccjn3) (Entered: 06/15/2020) |
|---|---|---|---|
| 06/15/2020 | | | Set/Reset Deadlines/Hearings: Response to 27 due by 7/1/2020. (zcdw) (Entered: 06/16/2020) |
| 06/22/2020 | 29 | | Order of advisements consistent with *Fox v. Strickland* (see document for details). Signed by Judge Carl J. Nichols on 6/22/20.(ah) (Entered: 06/22/2020) |
| 06/22/2020 | | | ENTERED IN ERROR.....Set/Reset Deadlines: Meet & Confer Statement due by 7/13/2020. (zcal) Modified on 6/22/2020. Docketed on incorrect case (zcal). (Entered: 06/22/2020) |
| 06/22/2020 | | | NOTICE OF CORRECTED DOCKET ENTRY: Meet & Confer Deadline was entered in error and counsel shall disregard. (zcal) (Entered: 06/22/2020) |
| 07/07/2020 | 30 | | Memorandum in opposition to re 27 MOTION to Dismiss filed by FAROOQUE AHMED. (Attachment: # 1 Exhibit)(eg) (Entered: 07/09/2020) |
| 07/16/2020 | 31 | | REPLY to opposition to motion re 27 MOTION to Dismiss filed by J. R. BELL, IAN CONNORS, FEDERAL BUREAU OF PRISONS, FRANK LARA, GUY PAGLI, SARA M. REVELL. (Burch, Alan) (Entered: 07/16/2020) |
| 08/19/2020 | 32 | | SURREPLY to re 27 MOTION to Dismiss filed by FAROOQUE AHMED. "Let this be filed as a Surreply" Signed by Judge Carl J. Nichols. (eg) (Entered: 08/19/2020) |
| 09/30/2020 | 33 | | NOTICE OF SUBSTITUTION OF COUNSEL by Brian J. Field on behalf of All Defendants Substituting for attorney Alan Burch (Field, Brian) (Entered: 09/30/2020) |
| 03/18/2021 | 34 | | MEMORANDUM OPINION & ORDER granting Defendants' 27 Motion to Dismiss. Signed by Judge Carl J. Nichols on March 18, 2021. (lccjn3) (Entered: 03/18/2021) |
| 05/13/2021 | 35 | | LEAVE TO FILE DENIED− FAROOQUE AHMED; Motion. This document is unavailable as the Court denied its filing. "LEAVE TO FILE DENIED. The case is closed. And Plaintiff's Motion does not comply with Local Civil Rule 15.1, which requires that a motion to file an amended pleading must include (as an attached exhibit) a copy of the proposed amended pleading". Signed by Judge Carl J. Nichols on 5/13/2021. (zeg) (Entered: 05/19/2021) |
| 06/02/2021 | 36 | | NOTICE OF SUBSTITUTION OF COUNSEL by John Moustakas on behalf of All Defendants Substituting for attorney Brian J. Field (Moustakas, John) (Entered: 06/02/2021) |
| 06/04/2021 | 38 | | SUPPLEMENTAL MEMORANDUM to re 37 Notice of Appeal filed by FAROOQUE AHMED. (eg) (Entered: 06/08/2021) |
| 06/04/2021 | 39 | | MOTION for Leave to Appeal in forma pauperis by FAROOQUE AHMED. (eg) (Entered: 06/08/2021) |
| 06/08/2021 | 37 | | NOTICE OF APPEAL by FAROOQUE AHMED. Fee Status: IFP. Parties have been notified. "Leave to file is granted" Signed by Judge Carl J. Nicholas (eg) |

| | | | |
|---|---|---|---|
| | | | (Entered: 06/08/2021) |
| 06/08/2021 | <u>40</u> | | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. Fee Status: Motion to proceed on appeal in forma pauperis has been filed. Another transmission will be forwarded when the motion has been decided re <u>37</u> Notice of Appeal. (eg) Modified fee status on 6/15/2021 (eg). (Entered: 06/08/2021) |
| 06/15/2021 | | | USCA Case Number 21−5134 for <u>37</u> Notice of Appeal filed by FAROOQUE AHMED. (eg) (Entered: 06/17/2021) |
| 06/15/2021 | <u>41</u> | | ORDER of USCA (certified copy) as to <u>37</u> Notice of Appeal filed by FAROOQUE AHMED ; USCA Case Number 21−5134. (eg) (Entered: 06/17/2021) |
| 06/21/2021 | | | MINUTE ORDER. Plaintiff's <u>39</u> Motion for Leave to Appeal *in forma pauperis* is GRANTED. The Clerk shall transmit this Order promptly to the Court of Appeals. Signed by Judge Carl J. Nichols on June 21, 2021. (lccjn3) (Entered: 06/21/2021) |

**Notice of Electronic Filing**

The following transaction was entered on 6/21/2021 at 2:57 PM and filed on 6/21/2021

| | |
|---|---|
| **Case Name:** | AHMED v. FEDERAL BUREAU OF PRISONS et al |
| **Case Number:** | 1:19−cv−01189−CJN |
| **Filer:** | |

**WARNING: CASE CLOSED on 03/18/2021**

**Document Number:** No document attached

**Docket Text:**
 MINUTE ORDER. Plaintiff's [39] Motion for Leave to Appeal *in forma pauperis* is GRANTED. The Clerk shall transmit this Order promptly to the Court of Appeals. Signed by Judge Carl J. Nichols on June 21, 2021. (lccjn3)

**1:19−cv−01189−CJN Notice has been electronically mailed to:**

John Moustakas     john.moustakas@usdoj.gov, reginald.rowan@usdoj.gov

**1:19−cv−01189−CJN Notice will be delivered by other means to::**

FAROOQUE AHMED
R77315−083
TERRE HAUTE FCI
P.O. BOX 33
TERRE HAUTE, IN 47808